# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MIGUEL A. MOLINA,

    Petitioner,

v.                                                        CASE NO: 8:12-cv-1010-T-30AEP
                                                            Crim. Case No: 8:10-cr-407-T-30AEP

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

THIS CAUSE came on for an evidentiary hearing before the Court on March 22, 2013, on Petitioner Miguel Molina's § 2255 petition. The Court previously denied all but two grounds of Molina's petition. The remaining grounds are:

    **Ground One:**    Counsel rendered constitutionally ineffective assistance of counsel by failing to file Petitioner's notice of appeal, and

    **Ground Two:**    Counsel rendered ineffective assistance of counsel by infringing upon Petitioner's right to make an informed and intelligent decision to enter a plea and obtain a lesser sentence.

As to ground one, the Court finds that Molina was given a Declaration of Intent to Appeal at sentencing and was directed to complete the form, stating whether or not he wished to appeal, and mail it in the stamped envelope provided to the Clerk's office at the end of the fourteen day appeal period. Instead of retaining the document, Molina executed the document and handed it to his lawyer. His lawyer recommended that no

1

appeal be filed because there were no meritorious issues and a favorable sentence had been entered.

Molina subsequently asked his sister to call and have the lawyer file an appeal anyway. The sister called the lawyer's office, but there was a misunderstanding about the filing of an appeal. No notice of appeal was filed on Molina's behalf. Pursuant to those findings, the Court grants Molina's § 2255 petition to the extent that he will be allowed an out-of-time appeal.

As to ground two, the Court finds that Mr. Irvin did not infringe on Molina's decision to go to trial. To the contrary, Molina insisted on going to trial. Molina was unwilling to accept the fifteen year minimum mandatory sentence and preferred to go to trial. Molina was well represented at trial by Mr. Irvin. Since Molina wanted the trial, this ground fails on the facts and will be denied.

It is therefore ORDERED AND ADJUDGED that:

1. Petitioner Miguel Molina's § 2255 petition is hereby GRANTED to the extent he will be entitled to an out-of-time appeal. Molina's previous judgment of conviction and his sentence are hereby VACATED. His judgment of conviction and sentence are hereby REINSTATED under the same terms and he shall have fourteen (14) days from the date of this new judgment within which to file his notice of appeal.

2. If Molina fails to file his notice of appeal with the Clerk of this Court within said fourteen (14) days, he will have waived his right to appeal.

3. Ground two of Molina's petition is hereby DENIED.

4. The Clerk of the Court is directed to close this civil case.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2012\12-cv-1010 grant 2255.docx