## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MIGUEL A. MOLINA,

    Petitioner,

v.                                                       CASE NO. 8:12-CV-1010-T-30AEP
                                                         CRIM. CASE NO. 8:10-CR-407-T-30AEP

UNITED STATES OF AMERICA,

    Respondent.

_____/

## **ORDER**

Before the Court is Petitioner Miguel Molina's Notice of Appeal and Request for Certificate of Appealability (CV Dkt. 28). On March 28, 2013, the Court granted Petitioner's motion to vacate his sentence filed pursuant to 28 U.S.C. § 2255, solely to the extent that he was entitled to an out-of-time appeal of his judgment of conviction (CV Dkt. 26). His § 2255 motion was otherwise denied (see CV Dkts. 16, 26).

While issuance of a certificate of appealability does not require a showing that the appeal will succeed, *see Miller-El v. Cockrell*, 537 U.S. 322, 336-37 (2003), under the controlling standard, a petitioner must demonstrate that reasonable jurists would find the Court's assessment of the petitioner's constitutional claims debatable or wrong. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Eagle v. Linahan*, 279 F.3d 926, 935 (11th Cir. 2001). Petitioner has failed to make this threshold showing. *See Slack*, 529 U.S. at 485.

ACCORDINGLY, the Court **ORDERS** that Petitioner's Request for a Certificate of Appealability (CV Dkt. 28) is **DENIED**. Because Petitioner is not entitled to a certificate of appealability, he is not entitled to proceed on appeal *in forma pauperis*.

**DONE** and **ORDERED** in Tampa, Florida on April 9, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to:
Counsel of Record